Commonwealth *v*. Davis, Appellant.

Argued September 10, 1973. *Richard H. Knox,* with him *Reinl, Lockwood & Knox,* for appellant; *Louis A. Perez, Jr.,* Assistant District Attorney, with him *David Richman,* Assistant District Attorney, *Richard A. Sprague,* First Assistant District Attorney, and *Arlen Specter,* District Attorney, for Commonwealth, appellee.

Judgment of sentence affirmed.